1 Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
2 RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
3 Post Office Box 7608 (Zip Code 95267)
2509 West March Lane, Suite 200
4 Stockton, CA 95207
Telephone: (209) 473-8732
5
Attorneys for Defendants
6 TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA VAZQUEZ and SAMUEL VAZQUEZ<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, MATTHEW WATSON and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No. 2:17-cv-01106-JAM-AC<br><br>**STIPULATION FOR EXTENSION OF DEADLINES AND ORDER** |

The parties completed the deposition of plaintiff of Vanessa Vazquez on September 27, 2018. The scheduling of this deposition was delayed due to multiple scheduling conflicts, including the unavailability of plaintiff's counsel due to multiple trials.

At that deposition, plaintiff indicated that she is still undergoing treatment for injuries at issue in this action, including potential surgery which has not yet been scheduled. Based on the information obtained at deposition, additional medical records will need to be obtained for updated and complete treatment information. The parties will also require additional time to retain those experts necessary to respond to the issues obtained in this updated information, as well as additional time for expert witnesses to provide a complete report for expert disclosures and complete an independent medical evaluation of the plaintiff.

Further, the parties are actively discussing resolution potential including scheduling a

1
**STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER**

private mediation.

The current scheduling order deadlines do not allow sufficient time for the parties to complete the remaining discovery necessary following plaintiff's recent deposition testimony, attempt resolution, adequately prepare expert disclosures, and prepare for trial.

THEREFORE, it is hereby stipulated and agreed that the court's Scheduling Order relative to this matter shall be modified as follows:

1. All dispositive motions shall be filed by August 23, 2019. The hearing on such motions shall be on September 27, 2019 at 1:30pm.
2. All discovery shall be completed by June 21, 2019.
3. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by April 26, 2019. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by May 24, 2019.
4. The final pre-trial conference shall be continued to November 22, 2019 at 10:00am
5. The jury trial in this matter shall be continued to January 13, 2020 at 9:00am

Dated: October 8, 2018      DRYER BABICH BUCCOLA WOOD CAMPORA

By: */s/ Christopher Wood, Esq.*
Christopher Wood, Esq.
Larry Phan, Esq.
Attorneys for Plaintiffs
VANESSA VAZQUEZ and SAMUEL VAZQUEZ

Dated: October 8, 2018      RIGGIO MORDAUNT & KELLY

By: */s/ Lori A. Reihl ,Esq.*
Michael R. Mordaunt, Esq.
Lori A. Reihl, Esq.
Attorneys for Defendant
TARGET CORPORATION

**STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER**

## ORDER (AS MODIFIED BY THE COURT)

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:

1. All dispositive motions shall be filed by August 27, 2019. The hearing on such motions shall be on September 24, 2019 at 1:30pm.
2. All discovery shall be completed by June 21, 2019.
3. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by April 26, 2019. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by May 24, 2019.
4. The final pre-trial conference shall be continued to November 22, 2019 at 10:00am
5. The jury trial in this matter shall be continued to January 13, 2020 at 9:00am

DATED: 10/9/2018 /s/ John A. Mendez
Judge of the United States District Court

3
**STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER**