1  Michael R. Mordaunt, Esq., Bar No. 66911
   Lori A. Reihl, Esq., Bar No. 246395
2  RIGGIO MORDAUNT & KELLY
   A Professional Law Corporation
3  Post Office Box 7608 (Zip Code 95267)
   2509 West March Lane, Suite 200
4  Stockton, CA  95207
   Telephone: (209) 473-8732
5
   Attorneys for Defendants
6  TARGET CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| VANESSA VAZQUEZ and SAMUEL VAZQUEZ | Case No. 2:17-cv-01106-JAM-AC |
| Plaintiff(s), | **AMENDED STIPULATION FOR EXTENSION OF DEADLINES AND ORDER** |
| vs. | |
| TARGET CORPORATION, MATTHEW WATSON and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

18   The parties have agreed to engage in private mediation.  In an effort to promote settlement

19 discussions, it is the parties' intent to complete mediation prior to expert disclosures and discovery

20 deadlines.  However, due the availability of the mediator, the mediation cannot be completed in

21 sufficient time prior to the current scheduling order deadlines.

22   THEREFORE, it is hereby stipulated and agreed that the court's Scheduling Order relative

23 to this matter shall be modified as follows:

24   1. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by

25      August 16, 2019.  Supplemental disclosure and disclosure of any rebuttal experts under

26      Fed. R. Civ. P. 26(a)(2)(c) shall be made by September 17, 2019.

27   2. All discovery shall be completed by October 11, 2019.

28   3. All dispositive motions shall be filed by November 8, 2019.  The hearing on such

                                            1
─────────────────────────────
**AMENDED STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER**

1 | motions shall be on December 6, 2019 at 1:30pm.

2 | 4. The final pre-trial conference shall be continued to January 31, 2020 at 11:00am. The joint pre-trial statement is due January 24, 2020.

5. The jury trial in this matter shall be continued to March 9, 2020 at 9:00am.

Dated: April 25, 2019                           DRYER BABICH BUCCOLA WOOD CAMPORA

By: */s/ Christopher Wood, Esq.*
    Christopher Wood, Esq.
    Larry Phan, Esq.
    Attorneys for Plaintiffs
    VANESSA VAZQUEZ and SAMUEL VAZQUEZ

Dated: April 25, 2019                           RIGGIO MORDAUNT & KELLY

By: */s/ Lori A. Reihl ,Esq.*
    Michael R. Mordaunt, Esq.
    Lori A. Reihl, Esq.
    Attorneys for Defendant
    TARGET CORPORATION

**AMENDED STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER**

**ORDER**

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:

1. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by August 16, 2019. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by September 17, 2019.
2. All discovery shall be completed by October 11, 2019.
3. All dispositive motions shall be filed by November 8, 2019. The hearing on such motions shall be on December 6, 2019 at 1:30pm.
4. The final pre-trial conference shall be continued to January 31, 2020 at 11:00am. The joint pre-trial statement is due January 24, 2020.
5. The jury trial in this matter shall be continued to March 9, 2020 at 9:00am.

DATED: 4/25/2019                                     /s/ John A. Mendez_____
                                                     Judge of the United States District Court

**AMENDED STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER**