| | |
|---|---|
| 1 | Michael R. Mordaunt, Esq., Bar No. 66911 |
| 2 | Lori A. Reihl, Esq., Bar No. 246395 |
|   | RIGGIO MORDAUNT & KELLY |
| 3 | 2509 West March Lane, Suite 200 |
|   | Stockton, CA  95207 |
| 4 | Telephone: (209) 473-8732 |
| 5 | Attorneys for Defendants |
|   | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA VAZQUEZ and SAMUEL VAZQUEZ | Case No. 2:17-cv-01106-JAM-AC |
| Plaintiff(s), | **STIPULATION FOR EXTENSION OF DEADLINES AND ORDER** |
| vs. | |
| TARGET CORPORATION, MATTHEW WATSON and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

In this action plaintiff Vanessa Vazquez, alleges ongoing complaints and continuing treatment for back pain that she contends is related to the slip and fall incident at issue in this action. Plaintiff previously received a left sacroiliac joint injection in November 2018, which initially provided relief. However, she just recently returned in July 2019 reporting a return of her back pain. Since this visit was just recently completed, records are still being obtained. According to plaintiff, since she responded so well to injections for her left low back, her treating physician has recommended the same treatment for her right side. That injection was just recently completed.

The outcome of this additional injection will not be known for several months until it can be evaluated whether any relief persists or whether her pain complaints return. Based on this recent treatment, the parties stipulate and agree that an extension of the current discovery deadlines is warranted. With the current deadlines, the parties have insufficient time to obtain complete

1

STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER

medical records on this scheduled treatment, evaluate the outcome of the recent injection, and complete meaningful expert disclosures and discovery.

THEREFORE, it is hereby stipulated and agreed that the court's Scheduling Order relative to this matter shall be modified as follows:

1. The deadline for expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be extended from August 16, 2019 to June 5, 2020.
2. The deadline for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be extended from September 17, 2019 to July 3, 2020.
3. The deadline to complete all discovery shall be extended from October 11, 2019 to August 21, 2020.
4. The deadline for all dispositive motions shall be extended from November 8, 2019 to June 5, 2020.  The hearing on such motions shall be July 17, 2020 at 1:30pm.
5. The final pre-trial conference shall be continued from January 31, 2020 at 11:00am to August 28, 2020 at 11:00am.  The joint pre-trial statement is now due August 21, 2020.
6. The jury trial in this matter shall be re-set from March 9, 2020 at 9:00am to October 5, 2020 at 9:00am.

Dated:  10/2/19　　　　　　　　　　　　　　DRYER BABICH BUCCOLA WOOD CAMPORA

　　　　　　　　　　　　　　　　　　　　　By: /s/ Christopher Wood, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Christopher Wood, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Larry Phan, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　VANESSA VAZQUEZ and SAMUEL VAZQUEZ

Dated: 10/1/19　　　　　　　　　　　　　　RIGGIO MORDAUNT & KELLY

　　　　　　　　　　　　　　　　　　　　　By: /s/ Lori A. Reihl, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Michael R. Mordaunt, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Lori A. Reihl, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　TARGET CORPORATION

2

STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER

## *ORDER (AS MODIFIED BY THE COURT)*

*Good cause having been shown,*

*IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:*

1. The deadline for expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be June 5, 2020.
2. The deadline for supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be July 3, 2020.
3. The deadline to complete all discovery shall be August 21, 2020.
4. The deadline for all dispositive motions shall be **September 29, 2020**.  The hearing on such motions shall be **October 27, 2020** at 1:30pm.
**5.** The final pre-trial conference shall be **December 11, 2020** at 11:00am.  The joint pre-trial statement is now due **December 4, 2020.**
6. The jury trial in this matter shall be **January 11, 2021** at 9:00am.

DATED:   October 8, 2019         /s/ John A. Mendez_____
                                 United States District Court Judge

3

STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER