UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA VASQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>Defendants. | No. 2:17-cv-01106 JAM AC<br><br><br><br>ORDER |

The court is in receipt of the parties' stipulation for a physical examination (ECF No. 26) and defendant Target Corporation's withdrawal of its motion to compel a physical examination (ECF No. 27). The parties' stipulation at ECF No. 26 is hereby APPROVED, and the hearing on the withdrawn motion set for December 11, 2019 is VACATED.

DATED: November 19, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE