Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
3439 Brookside Road, Suite 208A
Stockton, CA  95219
Telephone: (209) 473-8732
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA VAZQUEZ and SAMUEL VAZQUEZ<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, MATTHEW WATSON and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No. 2:17-cv-01106-JAM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own attorneys' fees and costs.

Dated:  June 5 , 2020                      DREYER BABICH BUCCOLA WOOD
                                                              CAMPORA, LLP


                                                              By:   */s/ Larry Phan, Esq.*
                                                                      Larry Phan, Esq.
                                                                      Attorneys for Plaintiffs
                                                                      VANESSA VAZQUEZ and SAMUEL VAZQUEZ

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Dated:  June 5, 2020                                          RIGGIO MORDAUNT & KELLY


By:  */s/Lori A. Reihl, Esq.*
      Michael R. Mordaunt, Esq.
      Lori A. Reihl, Esq.
      Attorneys for Defendant
      TARGET CORPORATION

### **ORDER**

IT IS SO ORDERED that the above-captioned action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own attorneys' fees and costs.


Dated:  6/9/2020                                    /s/ John A. Mendez
      U. S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL